**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-6325**

---

DONALD CORNELIUS JACKSON,

Plaintiff - Appellant,

versus

MS. WILEY, Nurse, Deep Meadow Correctional
Center; DOCTOR MOORE, Assistant Warden, Deep
Meadow Correctional Center; D. GRAHAM, Ms.,
Grievance Coordinator, Deep Meadow
Correctional Center; SONJA JOHNS, Doctor, Deep
Meadow Correctional Center; PAGE TRUE, Mr.,
Warden, Sussex I State Prison; K. FOWLKES,
Ms., Law Librarian, Grievance and Ombudsman
Officer, Sussex I State Prison; MR. SMITH,
Sergeant, Sussex I State Prison; T. TYLER,
Ms., Medical Administrator, Sussex I State
Prison; DR. WILSON, Sussex I State Prison;
RUFUS FLEMING, Regional Director; DAVID
ROBINSON, Warden, Nottoway Correctional
Center; J. TERRY, Ms., Law Library, Nottoway
Correctional Center; N. MATTHEWS, Ms.,
Grievance Coordinator, Nottoway Correctional
Center; L. THOMPSON, Doctor, Nottoway
Correctional Center; W. P. ROGERS, Mr.,
Regional Director,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Jerome B. Friedman, District
Judge. (CA-02-652-2)

---

Submitted: June 30, 2004                    Decided: July 22, 2004

---

Before WILKINSON, LUTTIG, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

---

Donald Cornelius Jackson, Appellant Pro Se.  Keith B. Marcus, BREMNER, JANUS & COOK, Richmond, Virginia; Mark Ralph Davis, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia; Michael Eugene Ornoff, ORNOFF & ARNOLD, P.C., Virginia Beach, Virginia; Lynne J. Fiscella, Edward Joseph McNelis, III, Ashton Marie Jennette, RAWLS & MCNELIS, P.C., Richmond, Virginia; Jeff Wayne Rosen, PENDER & COWARD, P.C., Virginia Beach, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Donald Cornelius Jackson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Jackson v. Wiley</u>, No. CA-02-652-2 (E.D. Va. filed Feb. 11, 2004, entered Feb. 12, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>